**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      David C. Ruch, GalvestonViews LLC, Entrust of Colorado, Inc., Idle Time Investments, LLC, Robert F. Zant, Sue F. Zant, Ruthann Cassidy, Mari van de Ven, Hadfield Communications, Inc., Maureen Zambo, Reed A. Skirpan, Robert C. Carlson, Lynda M. Carlson, Barbara Sherman, Richard Sherman, Ahmad Ghalamdanchi, and Sharon Ghalamdanchi v. Ted. W. Allen & Associates, Inc., William Etheredge, III, individually and d/b/a Etheredge Real Estate & Property Management and d/b/a Etheredge Real Estate

Appellate case number:    01-15-01081-CV

Trial court case number:  11-CV-0697

Trial court:              10th District Court of Galveston County

The motion for en banc reconsideration filed by appellants, David C. Ruch, GalvestonViews LLC, Entrust of Colorado, Inc., Idle Time Investments, LLC, Robert F. Zant, Sue F. Zant, Ruthann Cassidy, Mari van de Ven, Hadfield Communications, Inc., Maureen Zambo, Reed A. Skirpan, Robert C. Carlson, Lynda M. Carlson, Barbara Sherman, Richard Sherman, Ahmad Ghalamdanchi, and Sharon Ghalamdanchi, is DENIED.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                   Acting for the Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Lloyd, and Caughey.

Justice Brown not participating.

Date:  January 25, 2018